ORIGINAL

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 18 2004

CATHY A. CATTERSON, CLERK
U. S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 04-15470 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CV-04-00081-SOM |
| v. | CR-01-00299-SOM |
|  | District of Hawaii, Honolulu |
| WILLIAM NELSON, | ORDER |
| Defendant- Appellant. |  |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 20 2004

at 11 o'clock and 15 min. A.M.
WALTER A. Y. H. CHINN, CLERK

Before: PREGERSON and REINHARDT, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 18 2004

by
Deputy Clerk

S:\RESEARCH\COA's\Orders\GJ\August2003-\04-15470 (USvNelson-Order).wpd